# UNITED STATES DISTRICT COURT

## District of Kansas

(Topeka Docket)

**UNITED STATES OF AMERICA,**
                                   **Plaintiff,**

                 **v.**                                        **CASE NO.**  22-40056-HLT

**SEAN PILCHER,**
                                   **Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY
[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 21st day of May, 2020, in the District of Kansas, the defendant,

**SEAN PILCHER**

did knowingly distribute one (1) or more visual depictions of a minor using any means

and facility of interstate and foreign commerce, and that had been mailed, and had been

shipped and transported in and affecting interstate and foreign commerce, and which

contained materials which had been mailed and so shipped and transported, by any means

including by computer, and the production of said visual depictions involved the use of a

minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,

1

Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 2

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 4th day of June, 2020, in the District of Kansas, the defendant,

**SEAN PILCHER**

did knowingly distribute one (1) or more visual depictions of a minor using any means and facility of interstate and foreign commerce, and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 3

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 24th day of October, 2020, in the District of Kansas, the defendant,

**SEAN PILCHER**

did knowingly distribute one (1) or more visual depictions of a minor using any means

and facility of interstate and foreign commerce, and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 4

### SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY
[18 U.S.C. § 2252(a)(2)(A) and (B)]

On or about the 27th day of October, 2020, in the District of Kansas, the defendant,

### SEAN PILCHER

did knowingly distribute one (1) or more visual depictions of a minor using any means and facility of interstate and foreign commerce, and that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with reference to Title 18, United States Code, Section 2252(b)(1).

3

## COUNT 5

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 29th day of October, 2020, in the District of Kansas, the defendant,

## SEAN PILCHER

did knowingly distribute one (1) or more visual depictions of a minor using any means
and facility of interstate and foreign commerce, and that had been mailed, and had been
shipped and transported in and affecting interstate and foreign commerce, and which
contained materials which had been mailed and so shipped and transported, by any means
including by computer, and the production of said visual depictions involved the use of a
minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,
Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with
reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 6

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 2nd day November, 2020, in the District of Kansas, the defendant,

## SEAN PILCHER

did knowingly distribute one (1) or more visual depictions of a minor using any means
and facility of interstate and foreign commerce, and that had been mailed, and had been
shipped and transported in and affecting interstate and foreign commerce, and which
contained materials which had been mailed and so shipped and transported, by any means

including by computer, and the production of said visual depictions involved the use of a

minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,

Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with

reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 7

**SEXUAL EXPLOITATION OF A MINOR – DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(2)(A) and (B)]**

On or about the 8th day of November, 2020, in the District of Kansas, the

defendant,

## SEAN PILCHER

did knowingly distribute one (1) or more visual depictions of a minor using any means

and facility of interstate and foreign commerce, and that had been mailed, and had been

shipped and transported in and affecting interstate and foreign commerce, and which

contained materials which had been mailed and so shipped and transported, by any means

including by computer, and the production of said visual depictions involved the use of a

minor engaging in sexually explicit conduct, as defined in Title 18, United States Code,

Section 2256, and said visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2)(A) and (B), with

reference to Title 18, United States Code, Section 2252(b)(1).

## COUNT 8

**SEXUAL EXPLOITATION OF A MINOR – POSSESSION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about the ~~day~~ 10th day of November, 2020, in the District of Kansas, the

defendant,

### SEAN PILCHER

did knowingly possess one (1) or more matters which contained any visual depiction of a

minor, that involved prepubescent minors and minors who had not attained 12 years of

age, that had been mailed, shipped and transported using any means and facility of

interstate and foreign commerce, including by a computer, and was produced using

materials which had been so mailed and shipped and transported, and the production of

such visual depiction involved the use of minors engaging in sexually explicit conduct as

defined in Title 18, United States Code, Section 2256, and such visual depictions were of

such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), with reference

to Title 18, United States Code, Section 2252(b)(2).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-8 of this Indictment are hereby

realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

Title 18, United States Code, § 2253(a).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-8, the

defendant shall forfeit to the United States of America, pursuant to Title 18, United States

Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

    A.    Tablet computer: Silver iPad with black and grey case and ZAGG keyboard – Apple iPad (5ht Gen.) A1823 s/n GG7VL04SHLJL.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    A.    cannot be located upon the exercise of due diligence;

    B.    has been transferred or sold to, or deposited with, a third party;

    C.    has been placed beyond the jurisdiction of the court;

    D.    has been substantially diminished in value; or

    E.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

            A TRUE BILL.


September 14, 2022             s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney

District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

**Counts 1 through 7: 18 U.S.C. § 2252(a)(2)(A) and (B):**

- Punishable by a term of imprisonment of not less than five (5) years and not to exceed twenty (20) years. 18 U.S.C. § 2252(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than fifteen (15) years and not to exceed forty (40) years. 18 U.S.C. § 2252(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 8: 18 U.S.C. § 2252(a)(4)(B):**

- Punishable by a term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 2252(b)(2).

- If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age, the offense is punishable by a term of imprisonment not to exceed twenty (20) years.  18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment not less than ten (10) years and to exceed twenty (20) years. 18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.